FILED
2010 Jun-28 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| DARRYL RUSSELL | ) | |
| | ) | |
| vs. | ) | Case No.  3:09-cv-08016-SLB-HGD |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## MEMORANDUM OPINION

On May 14, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On May 15, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge.

The court notes that in his objections, petitioner raises a new claim not contained in his § 2255 motion or any previous submissions in this case. Petitioner asserts, for the first time, that counsel was ineffective for failing to argue at sentencing and on appeal that his 2000 conviction for unlawful possession of a

controlled substance, a conviction used for a 21 U.S.C. § 851 information, was not a "serious drug offense." The court will not consider this new claim, raised for the first time at this juncture. *See Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009) (when district judge refers dispositive motions to magistrate judge for recommendation, "a district court has discretion to decline to consider a party's argument when that argument was not first presented to the magistrate judge."); *Garey v. United States*, 2010 WL 2507833 (M.D.Ga. June 15, 2010) (court has discretion to refuse to consider new claims raised in objections to report and recommendation); *United States v. Hale*, 2010 WL 2105141, *10 and n.17 (S.D.Ala. May 24, 2010) (newly raised claims in objections to report and recommendation do not relate back to original § 2255 motion and are time-barred); *Alexis v. Gonzales*, 2007 WL 1539952 (S.D.Ala. May 22, 2007) .

    A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

    DONE this 28th day of June, 2010.

*[signature: Sharon Lovelace Blackburn]*

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE